UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BRAD SALYER,             ) No. CV 07-1993 FFM
                         )
        Plaintiff,     )
                         ) JUDGMENT
    v.                   )
                         )
MICHAEL J. ASTRUE,       )
Commissioner of Social Security, )
                         )
        Defendant.     )
_____)

    In accordance with the Memorandum Decision and Order filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: September 30, 2008             /S/ FREDERICK F. MUMM
                                                        FREDERICK F. MUMM
                                            United States Magistrate Judge